IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA J MARQUIS,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00217-MP -GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

Pending before the Court is Defendant's Motion for Enlargement of Time to file an answer to the complaint. (Doc. 9.) Pursuant to N.D. Fla. Loc. R. 7.1, counsel has conferred with counsel for the Plaintiff, who has no objection to the requested extension of time.

Accordingly, it is **ORDERED:**

Defendant's Motion for Enlargement of Time (Doc. 9) is **GRANTED**. Defendant shall file his answer on or before **February 14, 2011.**

**DONE AND ORDERED** this 12th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge