IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA J MARQUIS,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00217-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Motion to Dismiss, Doc. 11, be granted and this case be dismissed for lack of subject matter jurisdiction. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED and incorporated herein.

2.    The Motion to Dismiss, Doc. 11, is GRANTED.

3.    The Complaint, Doc. 1, is DISMISSED for lack of subject matter jurisdiction.

**DONE AND ORDERED** this  *25th* day of April, 2011

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge